187 So.2d 738

**Thomas S. CHASE**

**v.**

**Edward DUNBAR et al.**

No. 48265.

June 30, 1966.

In re: Thomas S. Chase applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 185 So.2d 563.

Writ refused. On the facts found by the Court of Appeal, we find no error of law in the judgment complained of.

SANDERS, J., is of the opinion that the writ should be granted as to the coverage of the insurance policy.